# Smally v. Chisenhall.

APPEAL from the Chancery Court of Jackson.

Heard before Hon. THOMAS COBBS.

J. E. BROWN, for appellant.

COULSON, *contra*.

This was a bill filed by appellant against appellee, and sought a partition of certain land alleged to be owned by them as tenants in common. A final decree was ren-

108b 683
115  347

108  683
Case 2
137  246

dered, dismissing the bill. Complainant appealed. Affirmed.

Opinion by HARALSON, J.